IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED D. ALBERS, | No. C 09-2647 MMC (PR) |
| Petitioner. | **ORDER OF DISMISSAL** |
| v. | |
| WARDEN M.S. EVANS, | |
| Respondent. | |

      On June 14, 2009, petitioner, a California prisoner incarcerated at Salinas Valley State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application.  Petitioner was further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.  Along with said notice, petitioner was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope.

      More than thirty days have passed since the deficiency notice was sent to petitioner and he has not filed an IFP application or paid the filing fee.  Accordingly, the above-titled action is hereby DISMISSED without prejudice.

      The Clerk shall close the file.

      IT IS SO ORDERED.

DATED: July 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California