IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED D. ALBERS, ) | No. C 09-2647 MMC (PR) |
| Petitioner. ) | **ORDER EXTENDING DEADLINE FOR PETITIONER'S OPPOSITION TO MOTION TO DISMISS; DIRECTIONS TO CLERK** |
| v. ) | |
| WARDEN M.S. EVANS, ) | |
| Respondent. ) | |
| _____ ) | |

On June 14, 2009, petitioner, a California prisoner then incarcerated at Salinas Valley State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The Court, by order filed October 21, 2010, directed respondent to file an answer showing cause why a writ of habeas corpus should not be granted, or, in the alternative, a motion to dismiss the petition on procedural grounds; by said order, petitioner was informed that his opposition, or statement of non-opposition, to respondent's motion had to be filed no later than thirty days from the filing date of the motion.

On November 16, 2010, respondent filed a motion to dismiss the petition as untimely. Although more than thirty days have passed from the date the motion to dismiss was filed,

---

[1] Plaintiff currently is incarcerated at the Correctional Training Facility, Soledad, California.

1 petitioner has not filed a response thereto.

2 The Court notes, however, that petitioner filed a notice of change of address dated 3 November 17, 2010, one day after respondent filed the motion to dismiss, and it appears from 4 respondent's declaration of service that the motion to dismiss was served on petitioner at his 5 previous address of record.

6 Accordingly:

7 1. The Clerk is hereby DIRECTED to mail a copy of respondent's motion to dismiss 8 (Docket No. 8) along with a copy of this order to petitioner <u>at his most recent address of 9 record at the Correctional Training Facility, Soledad, California.</u>

10 2. The date by which petitioner must file opposition or a statement of non-opposition 11 to respondent's motion to dismiss is hereby EXTENDED to June 20, 2011.

12 3. If petitioner files an opposition, respondent, no later than July 6, 2011 <u>shall</u> file a 13 reply thereto.

14 IT IS SO ORDERED.

15 DATED: May 19, 2011

_____
MAXINE M. CHESNEY
United States District Judge