IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED D. ALBERS,

    Petitioner,

  v.

WARDEN M.S. EVANS,

    Respondent.
_____/

No. CV-09-2647 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Petitioner's motion to stay the instant petition is hereby DENIED.

2. Respondent's motion to dismiss the instant petition as untimely is hereby GRANTED. The dismissal is without prejudice to petitioner's endeavoring to file a new federal habeas petition alleging his "actual innocence" claim, following proper exhaustion.

Dated: July 21, 2011                            Richard W. Wieking, Clerk

                                                              *Tracy Lucero*

                                                              By: <u>Tracy Lucero</u>
                                                                <u>Deputy Clerk</u>