IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED D. ALBERS,

        Petitioner,

  v.

WARDEN M.S. EVANS,

        Respondent.
                               /

No. CV-09-2647 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The judgment entered July 21, 2011 is hereby VACATED.

Petitioner's motion to stay the instant petition is hereby DENIED.

Respondent's motion to dismiss the instant petition as untimely is hereby GRANTED.

Dated: August 5, 2011                                     Richard W. Wieking, Clerk

                                                                   *Tracy Lucero*

                                                                   By: <u>Tracy Lucero</u>
                                                                      <u>Deputy Clerk</u>